# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| James L. Craft | § | Case No. 15-02492 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Cindy M. Johnson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,400.00 *(Without deducting any secured claims)* | Assets Exempt: 6,850.00 |
| Total Distributions to Claimants: 17,626.96 | Claims Discharged Without Payment: 105,679.65 |
| Total Expenses of Administration: 3,071.59 | |

3) Total gross receipts of $ 20,698.55 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 20,698.55 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,071.59 | 3,071.59 | 3,071.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 123,334.00 | 48,353.61 | 48,353.61 | 17,626.96 |
| **TOTAL DISBURSEMENTS** | $ 123,334.00 | $ 51,425.20 | $ 51,425.20 | $ 20,698.55 |

    4) This case was originally filed under chapter 7 on 01/27/2015 . The case was pending for 26 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/11/2017　　　　　　By:/s/Cindy M. Johnson
　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Debtors Ins Policy With Aig Insurance - Approx Csv 20000 | 1129-000 | 20,698.55 |
| **TOTAL GROSS RECEIPTS** | | **$ 20,698.55** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cindy M. Johnson | 2100-000 | NA | 2,819.86 | 2,819.86 | 2,819.86 |
| Bank of Kansas City | 2600-000 | NA | 251.73 | 251.73 | 251.73 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,071.59 | $ 3,071.59 | $ 3,071.59 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blitt & Gaines, P.C. 661 Glenn Ave Wheeling, IL 60090 | | 0.00 | NA | NA | 0.00 |
| | Codilis & Associates, P.C. 15W030 N Frontage Rd # 100 Burr Ridge, IL 60527 | | 0.00 | NA | NA | 0.00 |
| | Creditor #: 1 Bank of America P. O. Box 982235 El Paso, TX 79998-2235 | | 21,067.00 | NA | NA | 0.00 |
| | Creditor #: 10 Onewest Bank 6900 Beatrice Dr Kalamazoo, MI 49009 | | 1.00 | NA | NA | 0.00 |
| | Creditor #: 12 Worlds Foremost Bank 4800 NW 1st Street # 300 Lincoln, NE 68521 | | 504.00 | NA | NA | 0.00 |
| | Creditor #: 2 Bank of America P. O. Box 982235 El Paso, TX 79998-2235 | | 10,232.00 | NA | NA | 0.00 |
| | Creditor #: 3 Cach LLC 370 17th Street Suite 5000 Denver, CO 80202 | | 7,792.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 5 Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | 26,498.00 | NA | NA | 0.00 |
| | Creditor #: 6 Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | 4,678.00 | NA | NA | 0.00 |
| | Creditor #: 7 Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | 4,181.00 | NA | NA | 0.00 |
| | Freedman Anselmo Lindberg LLC 1771 W Diehl Road # 150 P.O. Box 3228 Naperville, IL 60566 | | 0.00 | NA | NA | 0.00 |
| | Ocwen Loan Servicing 3451 Hammond Avenue Waterloo, IA 50702 | | 0.00 | NA | NA | 0.00 |
| 3 | American Infosource Lp As Agent For | 7100-000 | 1,565.00 | 1,535.99 | 1,535.99 | 559.93 |
| 4 | Capital One Bank (Usa), N.A. | 7100-000 | 12,815.00 | 12,815.41 | 12,815.41 | 4,671.77 |
| 2 | Discover Bank | 7100-000 | 7,755.00 | 7,755.66 | 7,755.66 | 2,827.27 |
| 1 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 26,246.00 | 26,246.55 | 26,246.55 | 9,567.99 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 123,334.00** | **$ 48,353.61** | **$ 48,353.61** | **$ 17,626.96** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-02492 | PSH | Judge: | Pamela S. Hollis | | Trustee Name: | Cindy M. Johnson |
|---|---|---|---|---|---|---|---|
| Case Name: | James L. Craft | | | | | Date Filed (f) or Converted (c): | 01/27/2015 (f) |
| | | | | | | 341(a) Meeting Date: | 02/17/2015 |
| For Period Ending: | 03/11/2017 | | | | | Claims Bar Date: | 01/19/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Misc Cash | 50.00 | 0.00 | | 0.00 | FA |
| 2. Misc Household Goods, Computer, Electronic Equipment & Furni | 800.00 | 0.00 | | 0.00 | FA |
| 3. Misc Books & Pictures | 150.00 | 0.00 | | 0.00 | FA |
| 4. Misc Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 5. Debtors Ins Policy With Aig Insurance - Approx Csv 20000 | 20,000.00 | 0.00 | | 20,698.55 | FA |
| 6. Debtor's Pension | Unknown | 0.00 | | 0.00 | FA |
| 7. 2003 Dodge Ram 1500 | 3,800.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $25,100.00 | $0.00 | | $20,698.55 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR was 2/4/16. Checks have cleared. Trustee will be filing a TDR shortly.

Initial Projected Date of Final Report (TFR): 03/09/2017        Current Projected Date of Final Report (TFR): 03/09/2017

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-02492 | Trustee Name: | Cindy M. Johnson |
| Case Name: | James L. Craft | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX0044 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0836 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/11/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/14/15 | 5 | American General Life Insurance Company Houston, Texas | Life Insurance Surrender | 1129-000 | $20,698.55 | | $20,698.55 |
| 04/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $20,688.55 |
| 05/15/15 | 101 | Adams Levine Surety Bond Agency 60 East 42 st Room 965 New York, NY 10165 | 2015 Blanket Bond | 2300-000 | | $4.95 | $20,683.60 |
| 05/29/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.74 | $20,652.86 |
| 06/04/15 | 101 | Adams Levine Surety Bond Agency 60 East 42 st Room 965 New York, NY 10165 | 2015 Blanket Bond Reversal Trustee previously paid bond premium out of pocket. | 2300-000 | | ($4.95) | $20,657.81 |
| 06/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.71 | $20,628.10 |
| 07/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.65 | $20,597.45 |
| 08/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.61 | $20,566.84 |
| 09/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.58 | $20,537.26 |
| 10/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.52 | $20,506.74 |
| 11/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.49 | $20,477.25 |

Page Subtotals: $20,698.55 $221.30

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-02492 | Trustee Name: Cindy M. Johnson |
| Case Name: James L. Craft | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0044 |
| | Checking |
| Taxpayer ID No: XX-XXX0836 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/11/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.43 | $20,446.82 |
| 03/04/16 | 102 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,819.86 | $17,626.96 |
| 03/04/16 | 103 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 1 representing a payment of 36.45 % per court order. | 7100-000 | | $9,567.99 | $8,058.97 |
| 03/04/16 | 104 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 2 representing a payment of 36.45 % per court order. | 7100-000 | | $2,827.27 | $5,231.70 |
| 03/04/16 | 105 | American Infosource Lp As Agent For Verizon<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Final distribution to claim 3 representing a payment of 36.45 % per court order. | 7100-000 | | $559.93 | $4,671.77 |
| 03/04/16 | 106 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 4 representing a payment of 36.45 % per court order. | 7100-000 | | $4,671.77 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $20,698.55 | $20,698.55 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,698.55 | $20,698.55 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,698.55 | $20,698.55 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $20,477.25 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0044 - Checking | $20,698.55 | $20,698.55 | $0.00 |
|  | $20,698.55 | $20,698.55 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,698.55 |
| Total Gross Receipts: | $20,698.55 |

Page Subtotals: $0.00  $0.00